

ORDERED in the Southern District of Florida on April 11, 2023.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 22-15971-PDR |
| Denise Robertson Rochester | CHAPTER 7 |
| Debtors. | |
| _____/ | |

### ORDER GRANTING RELIEF UNDER 11 U.S.C. § 362(d)(4)

This Court conducted a hearing on April 6, 2023 on a Motion to Grant Relief Under 11 U.S.C. §§ 362(d)(1) and 362(d)(4) ("the Motion") (ECF No. [34]), filed by Creditor, U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TREEHOUSE SERIES V TRUST ("US Bank").  For the reasons stated on the record at the April 6, 2023 hearing and incorporated herein by reference, the Court finds as follows:

IT IS HEREBY ORDERED THAT:

1. The motion for relief is granted under 11 U.S.C. § 362(d)(4), meaning the Court finds that the Debtor has filed multiple bankruptcy cases affecting the property located at 5040 NW 104 Ave, Coral Springs, FL 33076 (the "Property") in an attempt to hinder, delay or defraud US Bank.

2. If recorded in compliance with applicable state laws governing notices of interests or liens in real property, this order shall be binding in any other case under this title purporting to affect the Property filed not later than 2 years after the date of the entry of this order by the court, except that a debtor in a subsequent case under this title may move for relief from this order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local government unit that accepts notices of interests or liens in real property shall accept any certified copy of this order for indexing and recording.

###

Submitted by:

Benjamin D. Ladouceur
Florida Bar. No. 73863
Sokolof Remtulla, PLLC
6801 Lake Worth Rd, Suite 100E
Greenacres, FL 33467
P: (561) 507-5252
F: (561) 342-4842
bladouceur@sokrem.com

*The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-l(F).*